IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DOUGLAS SHUKERS and
DEBORAH SHUKERS                                                               PLAINTIFFS

v.                              Cause  No. 1:13-cv-01002

TRIUMPH AEROSTRUCTURES, LLC                                                    DEFENDANT

## ORDER APPROVING SETTLEMENT AND DISBURSEMENT

Having considered Plaintiffs' Unopposed Motion to Approve Settlement and Disbursement (ECF No. 47), the Court finds the Motion is well-taken and is **GRANTED.**

The Court finds that Plaintiffs are not made whole by the proposed settlement and accordingly **ORDERS** as follows:

1. The proposed settlement is approved; and

2. The parties are authorized to finalize the settlement and disburse the settlement proceeds as proposed.

**IT IS SO ORDERED this 20th day of February 2015.**

                                                    /s/ Barry A. Bryant
                                                  HON. BARRY A. BRYANT
                                                  U.S. MAGISTRATE JUDGE