IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DOUGLAS SHUKERS and
DEBORAH SHUKERS                                                                            PLAINTIFFS

v.                                        Cause  No. 1:13-cv-01002

TRIUMPH AEROSTRUCTURES, LLC                                                    DEFENDANT

## JUDGMENT

The Parties have filed a Joint Stipulation of Dismissal with Prejudice under Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  Accordingly, it is **ORDERED** that all claims and causes of action in the above-entitled and numbered action are **DISMISSED WITH PREJUDICE**.  It is further **ORDERED** that each Party shall bear its own attorney's fees and costs of the court.

**ENTERED this 8th day of April 2015.**

 /s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE